UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY ROD,<br><br>Defendant. | Case No. CV-21-109-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

Per the ORDER ADOPTING IN PART AND REJECTING IN PART FINDINGS AND RECOMMENDATIONS filed on 8/31/2023, the MHRC's final administrative decision in favor of Rod's disability discrimination claim is AFFIRMED IN FULL.

Dated this 31st day of August, 2023.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
Billings Divisional Supervisor